UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| S.E.T., a minor by and through his guardian ad litem, LA CRESHA ATCHISON; and JOANNE ANDERSON,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF FRESNO; CHIEF JERRY DYER; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 1:09-cv-01957-AWI-SMS<br><br>**ORDER RE: APPLICATION OF LA CRESHA ATCHISON FOR APPOINTMENT AS GUARDIAN AD LITEM FOR S.E.T. , A MINOR**<br><br>[Fed. R. Civ. P. 17(c) and Cal. Code Civ. Proc. § 373] |

**ORDER APPOINTING GUARDIAN AD LITEM**

The Court having considered the petition of La Cresha Atchison for appointment as Guardian Ad Litem for S.E.T., a minor, who is a plaintiff in the above action and good cause appearing, IT IS ORDERED that La Cresha Atchison be appointed Guardian Ad Litem for S.E.T. in the above action.

**Dated:**　　November 18, 2009　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**