Rosemary T. McGuire, Esq.   Bar No. 172549
James J. Arendt, Esq.         Bar No. 142937

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO and CHIEF JERRY DYER

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.E.T., a minor by and through his guardian ad litem, LA CRESHA ATCHISON; and JOANNE ANDERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO; CHIEF JERRY DYER; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 1:09-CV-01957-AWI-SMS<br><br>**STIPULATION AND ORDER**<br><br>Complaint Filed: 11/06/09 |

The parties, through their respective counsel, hereby stipulate to the following:

The motion to dismiss filed by defendants CITY OF FRESNO and CHIEF JERRY DYER, currently scheduled to be heard April 19, 2010, will be withdrawn. Plaintiffs, within 10 days of the signing of this order, will file an amended complaint. Defendants will thereafter have 10 days to file a response to the amended complaint.

DATED: April 9, 2010

        WEAKLEY, ARENDT & McGUIRE, LLP

By:    /s/   James J. Arendt
     James J. Arendt, Esq.
     Attorneys for Defendants
     CITY OF FRESNO and CHIEF JERRY DYER

Stipulation and Order

1 | DATED: April 9, 2010

                                LAW OFFICES OF DALE K. GALIPO

                       By:   /s/   John Fattahi
                             John Fattahi
                             Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

**Dated:   April 12, 2010**                **/s/ Anthony W. Ishii**
                                      CHIEF UNITED STATES DISTRICT JUDGE