James J. Arendt, Esq.          Bar No. 142937

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710
Telephone: (559) 221-5256
Facsimile:   (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO and CHIEF JERRY DYER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.E.T., a minor by and through his guardian ad litem, LA CRESHA ATCHISON; and JOANNE ANDERSON,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO; CHIEF JERRY DYER; and DOES 1-10, inclusive,<br><br>        Defendants. | CASE NO. 1:09-CV-01957-AWI-SMS<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br><br><br>Complaint Filed:11/06/09 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiffs, S.E.T., a minor by and through his guardian ad litem, LA CRESHA ATCHISON; and JOANNE ANDERSON, and defendants CITY OF FRESNO and CHIEF JERRY DYER, through their attorneys of record, hereby jointly request and stipulate to dismissal of the entire action, with prejudice, all parties to bear their own costs and attorney's fees.

DATED: January 28, 2011

                                          WEAKLEY & ARENDT, LLP

                                          By:   /s/   James J. Arendt
                                                 James J. Arendt
                                                 Attorney for Defendants CITY OF FRESNO
                                                 and CHIEF JERRY DYER

DATED: January 28, 2011

THE CLAYPOOL LAW FIRM

By:      /s/   Brian E. Claypool
     Brian E. Claypool
     Attorney for Plaintiffs

DATED: January 28, 2011

LAW OFFICES OF DALE K. GALIPO

By:      /s/   Dale K. Galipo
     Dale K. Galipo
     Attorney for Plaintiffs

**ORDER**

**Pursuant to the parties' stipulation, the Clerk of the Court is DIRECTED to close this action.**

IT IS SO ORDERED.

Dated:   January 28, 2011

CHIEF UNITED STATES DISTRICT JUDGE

Stipulated Dismissal & Order                    2